CITY OF MONROE, Respondent, v. ZENTNER, Appellant.

*No. 100. Argued March 3, 1970.—Decided March 31, 1970.*
(Also reported in 175 N. W. 2d 214.)

For the appellant there was a brief by *Jack McManus* and *Larry A. Haukom,* both of Madison, and oral argument by *Mr. Haukom.*

For the respondent there was a brief and oral argument by *William J. Schmitz*, city attorney.

*By the Court.*—Judgment affirmed.